Same case below, 602 F.3d 886.

Same case below, 371 Fed. Appx. 756.

**No. 10-5756. Uiese Mausali, Petitioner v. United States.**

562 U.S. 937, 131 S. Ct. 342, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7399.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 590 F.3d 1077.

**No. 10-5769. Ronald Andrew Buchanan, Sr., Petitioner v. United States.**

562 U.S. 937, 131 S. Ct. 344, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7398.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 604 F.3d 517.

**No. 10-5763. Antonio Bernard Dean, Petitioner v. United States.**

562 U.S. 937, 131 S. Ct. 342, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7468.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 604 F.3d 169.

**No. 10-5772. Benjamin Leo Zarn, Petitioner v. United States.**

562 U.S. 937, 131 S. Ct. 344, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7564.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 838.

**No. 10-5765. Jarron Draper, Petitioner v. Atlanta Independent School District.**

562 U.S. 937, 131 S. Ct. 342, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7330.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 377 Fed. Appx. 937.

**No. 10-5775. Brian Dennis Douglas, Petitioner v. United States.**

562 U.S. 937, 131 S. Ct. 344, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7599.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 247.

**No. 10-5768. Michael Alvarez, Petitioner v. United States.**

562 U.S. 937, 131 S. Ct. 344, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7273.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5776. Willie Curry, Jr., Petitioner v. United States.**

562 U.S. 937, 131 S. Ct. 344, 178 L. Ed. 2d 223, 2010 U.S. LEXIS 7397.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.